■ PATRICK DANIEU et al., Appellants, v 109 SOUTH UNION ST., LLC, et al., Respondents. (Appeal No. 1.) PATRICK DANIEU et al., Appellants, v 109 SOUTH UNION ST., LLC, et al., Respondents. (Appeal No. 2.) [873 NYS2d 230]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Centra and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLOVERIOUS THOMAS, JR., Appellant. [872 NYS2d 302]—Motion for reargument granted and, upon reargument, the memorandum and order entered November 14, 2008 (56 AD3d 1233 [2008]) is amended by deleting the second and third sentences of the memorandum and substituting the following sentences: "The sole contention of defendant on appeal is that the judgment revoking his probation was based on an illegal search. We reject defendant's contention (*see generally People v Thomas*, 39 AD3d 1197, 1198 [2007], *lv denied* 9 NY3d 869 [2007])." Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM THOMAS, Appellant. [873 NYS2d 230]—Motion for reconsideration denied. Present—Hurlbutt, J.P., Smith, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN L. OAKES, Appellant. [873 NYS2d 230]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON CROSBY, Appellant. [872 NYS2d 312]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Stephen K. Lindley, A.J.—Attempted Robbery, 1st Degree). Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE ELLINGTON, Appellant. [872 NYS2d 311]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, David D. Egan, J.—Attempted Grand Larceny, 3rd Degree). Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.